# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135744 & (14)(15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

KERRICK FARQUHARSON,
      Defendant-Appellee.

SC: 135744
COA: 283300
Genesee CC: 05-0166720-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 30, 2008 order of the Court of Appeals is considered. Because the application sought to appeal a ruling made in connection with charges that have since been dismissed by the prosecutor, it is DISMISSED. The motion to stay the trial court proceedings is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

t0317